**PATEL | STILWELL, LLP**
ANDREW R. STILWELL, ESQ.     (CBN: 229469)
3160 Camino Del Rio South, Suite 313
San Diego, CA 92108
Telephone: (619) 940-6623
Email: Paralegal@PatelStilwell.com

Attorneys for Defendant,
    HOTEL INVESTMENT GROUP, INC.

**Strojnik Law Firm LLC**
PETER KRISTOFER STROJNIK, ESQ.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: (602) 510-9409
Email: PStrojnik@StrojnikLaw.com

Attorney for Plaintiff,
    THERRESA BROOKE

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>    Plaintiff,<br>vs.<br>HOTEL INVESTMENT GROUP, INC., a California corporation dba Hotel Iris,<br>    Defendant. | Case No.: 2:17-CV-02527-HRH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:    Hon. H. Russel Holland<br>Dept.:<br>Complaint Filed:  07/28/2017<br>Trial Date:    Not Yet Set |

The parties to this action, acting through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a

- 1 -

negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: December 28, 2017      **PATEL | STILWELL, LLP**

*/s/ ANDREW R. STILWELL*
ANDREW R. STILWELL, ESQ.
Attorney for Defendant,
HOTEL INVESTMENT GROUP, INC.

Dated: December 28, 2017      **STROJNIK FIRM, LLC**

*/s/ PETER KRISTOFER STROJNIK*
PETER KRISTOFER STROJNIK, ESQ.
Attorney for Plaintiff,
THERESA BROOKE

Case No.: 2:17-CV-02527-HRH
JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

- 2 -

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>                     Plaintiff,<br>vs.<br>HOTEL INVESTMENT GROUP, INC., a California corporation dba Hotel Iris,<br><br>                     Defendant. | Case No.: 2:17-CV-02527-HRH<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Judge:    Hon. H. Russel Holland<br>Dept.:<br>Complaint Filed:  07/28/2017<br>Trial Date:    Not Yet Set |

The Court having considered the stipulation of the parties, orders as follows:

1. The action is dismissed without prejudice.
2. Each Party shall bear their own costs and attorneys' fees.
3. The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED.

DATE: _____

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

- 1 -

Case No.: **2**:17-CV-02527-HRH
[PROPOSED] ORDER