IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>        Plaintiff,<br><br>vs.<br><br>HOTEL INVESTMENT GROUP, INC., a California corporation, d/b/a Hotel Iris,<br><br>        Defendant. | No. 2:17-cv-2527-HRH |

O R D E R

Case Dismissed

Pursuant to the parties' *Joint Stipulation for Dismissal with Prejudice*,[1] filed December 28, 2017, this case is dismissed with prejudice, the parties to bear their respective costs and attorney fees. The court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement.

DATED this  29th  day of December, 2017.

                 /s/ H. Russel Holland
                 United States District Judge

---

[1] Docket No. 19.